# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

130952

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOSE EDWARD VILLANUEVA,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130952
COA: 267938
Eaton CC: 02-020361-FH

_____/

On order of the Court, the application for leave to appeal the February 27, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

t1120